**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

TRACI TAMIKO ETO,

*Plaintiff,*

v.

MAYO CLINIC,

*Defendant.*

Court File No.: 0:26-cv-03189-LMP-DTS

**DEFENDANT MAYO CLINIC'S RENEWED MOTION TO DISMISS**

---

Defendant Mayo Clinic first moved to dismiss the Complaint on July 31, 2026. ECF No. 10. Plaintiff filed an Amended Complaint under Federal Rule of Civil Procedure 15(a), ECF No. 14, and a Memorandum in Opposition to the Motion to Dismiss, ECF No. 15, on August 20, 2026. On August 21, 2026, the Court entered an order denying as moot the Motion to Dismiss. ECF No. 16.

Defendant hereby renews its Motion to Dismiss the Complaint under Federal Rule of Civil Procedure 12(b)(6), ECF No. 10. This Renewed Motion is based on the accompanying Memorandum of Law in Support of Defendant's Motion to Dismiss, the pleadings, oral argument, and such other matters as the Court may consider in hearing the Renewed Motion. Defendant's opening brief, ECF No. 11, shall be treated as supportive of this Renewed Motion to Dismiss, and Plaintiff's response brief, ECF No. 15, shall be treated as responsive to this Renewed Motion to Dismiss. *See* ECF No. 17. Defendant shall file its reply brief in support of this Renewed Motion to Dismiss by September 3, 2026. *Id.*

Dated: September 2, 2026

Respectfully submitted,

By: *Kristin B. Parker*

Erin Sindberg Porter (MN 0388345)
Kristin B. Parker (MN 0389249)
Kristin M. Simonet (MN 0399213)
JONES DAY
90 South Seventh Street, Suite 4950
Minneapolis, MN 55402
Telephone: 612.217.8800
Facsimile: 844.345.3178
esindbergporter@jonesday.com
kparker@jonesday.com
ksimonet@jonesday.com

***Attorneys for Defendant Mayo Clinic***